# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-mj -87-01-AJ
THE PREMISES KNOWN AS 7 GOUDIE STREET, )
LISBON, NH, AND ALL PERSONS & VEHICLES ON )
PREMISES )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A(Attached and Incorporated Herein)

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (Attached and Incorporated Herein)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(4)(B) | Illegal Possession of Child Pornography |
| 18 USC 2252A(a)(2) | Illegal Distribution of Child Pornography |

The application is based on these facts:
See Affidavit (Attached and Incorporated Herein)

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Tarah Rankins
*Applicant's signature*

Special Agent Tarah Rankins
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** *(specify reliable electronic means)*.

Date: **Mar 30, 2021**

*Judge's signature*

City and state: Concord, NH                     Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*